STERLING HAYES       *       NO. 2021-CA-0752

VERSUS       *       COURT OF APPEAL

CITY OF NEW ORLEANS       *       FOURTH CIRCUIT

      *       STATE OF LOUISIANA

      *

      *

* * * * * * *

**ATKINS, J., CONCURS IN THE RESULT.**